| | |
|---|---|
| 1 | Scott H. Frewing (SBN 191311) |
| 2 | Andrew P. Crousore (SBN 202195) |
|   | Robert C. Hammill (SBN 298689) |
| 3 | **BAKER & McKENZIE LLP** |
|   | 660 Hansen Way |
| 4 | Palo Alto, CA 94304-1044 |
|   | Telephone: +1.650.856.2400 |
| 5 | Facsimile: +1.650 856.9299 |
|   | scott.frewing@bakermckenzie.com |
| 6 | andrew.crousore@bakermckenzie.com |
|   | robert.hammill@bakermckenzie.com |

Attorneys for Plaintiff
Facebook, Inc. and Subsidiaries

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC. AND SUBSIDIARIES, | Case No. 3:17-cv-06490 |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT** |
| INTERNAL REVENUE SERVICE, and | |
| JOHN KOSKINEN, in his official capacity as Commissioner of Internal Revenue, | |
| Defendants. | |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

Case No. 3:17-cv-06490
Certification of Interested Entities or Persons, and Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, Plaintiff Facebook, Inc. ("Facebook") states that it does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Facebook, through its undersigned counsel below, certifies that other than the named parties to this action, no other interest identified in Civil L.R. 3-15(a)(1) is currently known. To the extent the undersigned becomes aware of any such interest at a later time, Facebook will immediately update this disclosure.

Dated:   November 8, 2017               BAKER & McKENZIE LLP

/s/ Scott H. Frewing
Scott H. Frewing

/s/ Andrew P. Crousore
Andrew P. Crousore

Attorneys for Plaintiff
Facebook, Inc. and Subsidiaries

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400